GILBERT MAUTZ, Respondent, *v.* CONSOLIDATED RENDER-
ING COMPANY et al., Appellants.

*Mautz v. Consolidated Rendering Co.*, 170 App. Div. 938, affirmed.
(Argued January 29, 1918; decided February 12, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 10, 1915, affirming a judgment in favor of
plaintiff entered upon the report of a referee. This
action was brought by plaintiff, the owner of three farms
described in the complaint, to restrain the defendants
from the continuance of certain alleged acts, which the
plaintiff claimed resulted in polluting the waters of
Headson's creek, so that the same became unfit for
domestic and dairy purposes. The judgment enjoined
and restrained defendants from discharging, directly or
indirectly, into Headson's creek, any foul, impure,
injurious or deleterious matter which will pollute, con-
taminate or infect the waters of said creek so as to render
them unfit for use by the plaintiff for his milch cows or
for other domestic purposes, and also granted damages.

*William H. Harding* for Consolidated Rendering
Company, appellant.

*James F. Ray* for Village of East Syracuse, appellant.

*Leonard T. Haight* for T. N. Benedict Manufacturing
Company, appellant.

*George F. Park* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, McLAUGHLIN and CRANE, JJ.